```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 03431
    ANTHONY BOMMARITO
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3093


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/15/2008 and was not confirmed.

     The case was dismissed without confirmation 05/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSECURED          995.35         .00          .00
ASSET ACCEPTANCE CORP      UNSECURED          120.72         .00          .00
AMERICREDIT                UNSECURED        15349.63         .00          .00
AMERICREDIT                NOTICE ONLY     NOT FILED         .00          .00
AMERICREDIT FINANCIAL SV   NOTICE ONLY     NOT FILED         .00          .00
AMERICREDIT FINANCE        NOTICE ONLY     NOT FILED         .00          .00
COOK COUNTY TREASURER      SECURED           3400.00         .00          .00
COOK COUNTY TREASURER      UNSECURED       NOT FILED         .00          .00
3950 LAKE SHORE DRIVE CO   SECURED          11494.00         .00          .00
3950 LAKE SHORE DRIVE CO   UNSECURED       NOT FILED         .00          .00
DRAPER & KRAMER            NOTICE ONLY     NOT FILED         .00          .00
EMC MORTGAGE               CURRENT MORTG        .00          .00          .00
EMC MORTGAGE               MORTGAGE ARRE    5935.00          .00          .00
EMC MORTGAGE               UNSECURED       45397.12          .00          .00
LITTON LOAN SERVICING      CURRENT MORTG        .00          .00          .00
LITTON LOAN SERVICING      MORTGAGE ARRE        .00          .00          .00
LITTON LOAN SERVICING      NOTICE ONLY     NOT FILED         .00          .00
LITTON LOAN SERVICING      NOTICE ONLY     NOT FILED         .00          .00
LITTON LOAN SERVICING      NOTICE ONLY     NOT FILED         .00          .00
LITTON MORTGAGE LOAN SER   NOTICE ONLY     NOT FILED         .00          .00
JOSEPH WROBEL              DEBTOR ATTY           .00                      .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03431 ANTHONY BOMMARITO
```

```
DEBTOR REFUND                                                          .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 08/26/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE